FILED
ASHEVILLE, N. C.

NOV 7 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05mj235 |
| | ) | |
| V. | ) | **BILL OF INFORMATION** |
| | ) | |
| WILLIAM RICHARD MAXWELL | ) | Violation: |
| | ) | 18 U.S.C. § 1716(j)(1) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>

From in or around January 2003 and continuing until on or about April 22, 2004, in Henderson County, which is within the Western District of North Carolina,

WILLIAM RICHARD MAXWELL

knowingly deposited for mailing and delivery and knowingly caused to be delivered by mail, via valid address, items declared non-mailable, to wit: switchblade knives, as defined in section (g), in violation of Postal Service rules and regulations, a misdemeanor.

In violation of Title 18, United States Code, Section 1716(j)(1).

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

*/s/ Jill Westmoreland Rose*

JILL WESTMORELAND ROSE
ASSISTANT U.S. ATTORNEY