# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

v.

WILLIAM RICHARD MAXWELL

**FILED**
ASHEVILLE, N. C.
JUL 1 1 2006
U.S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:05mj235

USM Number: 18876-058
Sean P. Devereux
Defendant's Attorney

**THE DEFENDANT:**

- X  pleaded guilty to count(s) 1
- __ Pleaded guilty to violation(s)
- __ Pleaded not guilty to count(s)
- __ Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18 USC 1716 (j)(1) | Deposited for mailing and delivery switchblade knives | 4/22/04 | 1 |

- __ Counts(s) (is)(are) dismissed on the motion of the United States.
- __ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- __ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. Defendant is placed on unsupervised Probation for 2 Years.
2. Pay $25 Assessment, due and payable immediately.
3. Pay $250 Fine.
4. While on unsupervised probation, the defendant shall not commit another federal, state or local crime, and shall comply with the standard conditions that have been adopted by the Court in the Western District of North Carolina.

_X_ The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $ _$50.00_  Per month, to commence within 60 days, until paid in full.**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Under the sentencing guidelines, this is a TOTAL OFFENSE LEVEL 4 WITH A CRIMINAL HISTORY LEVEL OF I.

Date of Imposition of Sentence: July 5, 2006

Signature of Judicial Officer

Date: July 11, 2006

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____